**Willie J. WILLIAMS, Plaintiff— Appellant,**

**v.**

**David MITCHELL; Margie Lawler; Richard Tirrell Terry, Defendants— Appellees,**

**and**

**Randy Lee; D.S. Lord; W.D. Sledge; Mr. Person; Jennifer H. Langley; Lewis Smith, Defendants.**

No. 06–7545.

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2007.

Decided: Aug. 28, 2007.

Willie J. Williams, Appellant Pro Se.

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie J. Williams appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Mitchell,* No. 5:05–ct–00304–FL (E.D.N.C. July 26, 2005; Aug. 18 & Oct. 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*